## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO
### The Honorable A. Bruce Campbell

|  |  |  |
|---|---|---|
| In re | ) | |
| CHRISTOPHER GREGG THOMAS | ) | Case No. 11-13858 ABC |
| Debtor. | ) | Chapter 7 |
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ | ) | |
| | ) | |
| GREENPOINT MORTGAGE FUNDING, INC., | ) | |
| *et al.,* | ) | |
| | ) | |
| Plaintiffs, | ) | Adversary No. 11-1355 ABC |
| v. | ) | |
| | ) | |
| CHRISTOPHER GREGG THOMAS, | ) | |
| | ) | |
| Defendant. | ) | |

### JUDGMENT

Pursuant to and in accordance with the Order Granting Plaintiffs' Motion to Dismiss Counterclaim and Order Granting Defendant's Motion for Summary Judgment entered by the Honorable A. Bruce Campbell, United States Bankruptcy Judge, on September 19, 2011,

**IT IS ORDERED AND ADJUDGED** that Defendant's Counterclaim is dismissed; and it is

**FURTHER OREDERED AND ADJUDGED** that Plaintiff's Complaint is dismissed.

DATED: December 14, 2011

FOR THE COURT:
BRADFORD L. BOLTON, CLERK

_____
Deputy Clerk

APPROVED AS TO FORM:

_____
A. Bruce Campbell, Judge